# HOWD & LUDORF, LLC

ATTORNEYS AT LAW

65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190
(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◇
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GRIFFIN
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DEMERCHANT°
ALEXANDRIA L. VOCCIO◇
BEATRICE S. JORDAN
JAY T. DONFRANCISCO
JOHN J. RADSHAW, III◇
MARTHA A. SHAW*
MELANIE A. DILLON
CHRISTOPHER J. PICARD
JASON E. INDOMENICO

ALAN R. DEMBICZAK
◇DAVID W. COLWICK
KEVIN M. TIGHE
◇□ROBIN B. KALLOR
JEFFREY E. POTTER
KRISTAN M. MACCINI
JOHANNA G. ZELMAN
◇~SAMUEL I. REICH
MARK E. VILLENEUVE
«KATHERINE E. HOFFMAN

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◇ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS
□ ALSO ADMITTED IN NEW JERSEY
~ ALSO ADMITTED IN DISTRICT OF COLUMBIA
«ONLY ADMITTED IN MASSACHUSETTS

E-Mail: pnewbury@hl-law.com

September 8, 2006

Joseph K. Scully, Esquire
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Re: *Gem Mechanical Services, Inc., et al. v. Marsh & McLennan Companies, Inc., et al.*
Civil Action No.: PC06-4228
Our File No.: 01-1646

Dear Mr. Scully:

On behalf of my clients, ACE USA, Inc., and Bankers Standard Insurance Company, I hereby consent to your removal of this action to United States District Court.

Thank you for your cooperation and assistance in this matter.

Very truly yours,

Philip T. Newbury, Jr.

Philip T. Newbury, Jr.

PTN/acj
Cc: Donald Hunter, Esquire