LDA

CA 06 403ML

# CIVIL COVER SHEET

'he JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as equired by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is eauired for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| . (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| 3EM Mechanical Services, Inc. and<br>3EM Plumbing & Heating Co., Inc. | Marsh & McLennan Companies, Inc., Marsh, Inc.,<br>Marsh USA, Inc., ACE USA, Inc. and Bankers Standard<br>Insurance Company |
| b) COUNTY OF RESIDENCE OF FIRST LISTED Providence County<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Out-of-State<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES. USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| C) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)<br>Robert McConnell, Esq.<br>/lotley Rice, LLC<br>;21 South Main Street<br>'rovidence, RI 02903 | ATTORNEYS (IF KNOWN)<br>Day, Berry & Howard LLP<br>185 Asylum Street, CityPlace I<br>Hartford, CT 06103<br>860-275-0100 |

## I. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX

☐ 1 U.S. Plaintiff ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## V. NATURE OF SUIT *(PLACE AN "X" IN ONE BOX ONLY)*

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable
☐ 150 Recovery of & Enforcement of
☐ 151 Medicare Act
☐ 152 Recovery of Student Loans (Excl. Veterans)
☐ 153 Recovery of )verpayment of Veteran's enefits
☐ 160 Stockholders'
☒ 190 Other Contract
☐ 195 Contract Product
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land
☐ 220 Foreclosure
☐ 230 Rent Lease &
☐ 240 Torts to Land
☐ 245 Tort Product
☐ 290 All Other Real roperty

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury— Med. Malpractice
☐ 365 Personal Injury— Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities- Employment
☐ 446 Amer. w/Disabilities- Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
HABEAS CORPUS
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure Of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI ( 405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant
☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

## /. (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## /I. CAUSE OF ACTION

(Cite the U.S. Civil Statue under which you are filing. (Do not cite jurisdictional statues unless diversity):
Brief Description of cause:
28 U.S.C. § 1332.
'lfs. allege that defs. breached their contractual and other common law duties by inaccurately reporting their payroll information.

## /II. REQUESTED N

CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND $ in excess of $75,000**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## /III. RELATED CASE(S) (See instructions) IF ANY

JUDGE ____________ DOCKET NUMBER ____________

)ATE 9/11/06

SIGNATURE OF ATTORNEY OF RECORD [signature]

OR OFFICE USE ONLY

:E________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________