**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | CA 06 403 |
| v. | : | |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, | : | |
| Defendants. | : | |

**CERTIFICATE OF FILING**
**AND SERVICE OF NOTICE OF REMOVAL**

The undersigned counsel for the Marsh & McLennan Companies, Inc., Marsh, Inc., and Marsh USA, Inc. (collectively, "Marsh"), hereby certifies that a Notice of Filing Notice of Removal, together with a copy of the Notice of Removal, were filed on September 11, 2006, with the Office of the Clerk of Superior Court for Providence County in the State of Rhode Island and Providence Plantations, and that true and correct copies of the same were mailed, via U.S. mail, postage prepaid, to: Robert McConnell, Esq., Motley Rice LLC, 321 South Main Street, Providence, RI 02903, and Theodore Orson, Esq., Orson and Brusini Ltd., 55 Dorrance Street, Suite 400, Providence, RI 02903, the attorneys of record for the plaintiffs.

DEFENDANTS, MARSH & McLENNAN COMPANIES, INC., MARSH, INC. and MARSH USA, INC.,

Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Their Attorney

DATED: September 11, 2006

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on September 11, 2006, postage prepaid, to:

Robert McConnell, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903
*Attorneys for Plaintiffs*

Theodore Orson, Esq.
Orson and Brusini LTD.
55 Dorrance Street, Suite 400
Providence, RI 02903
*Attorneys for Plaintiffs*

Philip Newbury, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Attorneys for Defendants, ACE USA, Inc. and Bankers Standard Insurance Company*

Joseph K. Scully