**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | CA 06 403 |
| v. | : | |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, | : | |
| Defendants. | : | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Marsh & McLennan Companies, Inc., Marsh, Inc. and Marsh USA, Inc., hereby submit this Corporate Disclosure Statement. Marsh & McLennan Companies states that it is a publicly-traded company traded on the New York Stock Exchange and that there is no publicly-held corporation that owns ten percent (10%) or more of its stock. Marsh, Inc. states that it is a wholly-owned subsidiary of co-defendant Marsh & McLennan Companies which is a publicly-held corporation. Marsh USA, Inc., states that it is a wholly-owned subsidiary of co-defendant Marsh & McLennan Companies which is a publicly-held corporation.

DEFENDANTS, MARSH & McLENNAN COMPANIES, INC., MARSH, INC. and MARSH USA, INC.,

Joseph K. Scully (#6217)
jkscully@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Their Attorney

DATED: September 11, 2006

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on September 11, 2006, postage prepaid, to:

Robert McConnell, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903
*Attorneys for Plaintiffs*

Theodore Orson, Esq.
Orson and Brusini LTD.
55 Dorrance Street, Suite 400
Providence, RI 02903
*Attorneys for Plaintiffs*

Philip Newbury, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Attorneys for Defendants, ACE USA, Inc. and Bankers Standard Insurance Company*

Joseph K. Scully