**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | CA 06 403 |
| v. | : | |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, | : | |
| Defendants. | : | |

**STIPULATION OF EXTENSION OF TIME**

Pursuant to Local Rule 29(b), the plaintiffs, Gem Mechanical Services, Inc. and Gem Plumbing & Heating Co., Inc. (collectively, the "Plaintiffs") hereby stipulate that the defendants, Marsh & McLennan Companies, Inc., Marsh, Inc. and Marsh USA, Inc. (collectively, "Marsh") shall have an additional twenty-one (21) days to respond to the Plaintiffs' Complaint. Under Federal Rule Civil Procedure 81, Marsh's response to the complaint otherwise would be due on Monday, September 18, 2006 (five (5) days after the date of removal of this action exclusive of weekends). Accordingly, pursuant to this Stipulation, Marsh shall have up through and including October 9, 2006, in which to answer or otherwise respond to the complaint.

RECEIVED
SEP 11 2006
Property of U.S. District Court
District of Rhode Island

PLAINTIFFS,

GEM MECHANICAL SERVICES, INC. and
GEM PLUMBING & HEATING CO., INC.,

Robert McConnell by KS

Robert McConnell, Esq. (#3888)
Motley Rice LLC
321 South Main Street
Providence, RI 02903

-and-

Theodore Orson, Esq.
Orson and Brusini LTD.
55 Dorrance Street, Suite 400
Providence, RI 02903

*Attorneys for Plaintiffs*

DEFENDANTS,

MARSH & McLENNAN COMPANIES, INC.,
MARSH, INC. and MARSH USA, INC.,

Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Their Attorney

DATED: September 11, 2006

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on September 11, 2006, postage prepaid, to:

Robert McConnell, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903
*Attorneys for Plaintiffs*

Theodore Orson, Esq.
Orson and Brusini LTD.
55 Dorrance Street, Suite 400
Providence, RI 02903
*Attorneys for Plaintiffs*

Philip Newbury, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Attorneys for Defendants, ACE USA, Inc. and Bankers Standard Insurance Company*

Joseph K. Scully