UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC.<br>Plaintiffs,<br><br>vs.<br><br>MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY<br>Defendants. | : | C.A. No. 06-403ML |

**PLAINTIFF, GEM PLUMBING & HEATING CO., INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Gem Plumbing & Heating Co., Inc., hereby makes its corporate disclosure by and through its undersigned counsel. Gem Plumbing & Heating Co., Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

GEM PLUMBING & HEATING CO., INC.,
Plaintiff,
By its Attorneys,

ORSON AND BRUSINI LTD.

/s/ Stephen J. Brouillard .
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd., Suite 400
Providence, RI 02903
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Robert J. McConnell, Esq.
Motley Rice, LLC
321 South Main Street
Suite 402
P.O. Box 6067
Providence, RI 02903

William H. Narwold, Esq.
Motley Rice, LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

Joseph K. Scully, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, CT 06103

Philip T. Newberry, Jr., Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

/s/ Stephen J. Brouillard .