# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 06-4228

Gem Mechanical Services, Inc. and
Gem Plumbing & Heating Co. Inc.
**Plaintiff**

Marsh & McLennan Companies, Inc., et al
**Defendant**

## *Summons*

Ace USA, Inc.
By Certified Mail, Return Receipt Requested
To its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Robert J. McConnell, Esq. Plaintiff's attorney, whose address is Motley Rice LLC, 321 South Main Street P.O. Box 6067, Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: 8/17/2006

**(Seal of the Superior Court)**

# State of Rhode Island and Providence Plantations

..........................................,SC

## PROOF OF SERVICE

I hereby certify that on the ......................................... day of ................................................... I served a copy of this summons and a copy of the complaint received therewith upon ..........................................................................................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
22 AUG 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
XX ☐ Certified Mail ☐ Express Mail
☐ Registered XX ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7003 2260 0006 8535 1671

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

..........................................................
...age and discretion then
...ode, ..........................................................
...age and discretion then
...y appointment or by law to
..........................................................
...ate requires was given
..........................................................
..........................................................
..........................................................

Service ........................ $...........................

$...........................

..............................................................................
Deputy Sheriff

CIVIL ACTION

FILE NO. ...06-4228..................

SUMMONS

SUPERIOR COURT

Gem Mechanical Services, Inc.,et al

VS

Marsh & McLennan Companies, Inc.,et al

Robert J. McConnell, Esq.
ATTORNEY FOR PLAINTIFF

Ace USA, Inc.
By Certified Mail, Return Receipt Requested

To its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.