**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 06-403ML |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, | : | |
| Defendants. | : | |

**STIPULATION OF EXTENSION OF TIME**

Pursuant to Local Rule 29(b), the plaintiffs, Gem Mechanical Services, Inc. and Gem Plumbing & Heating Co., Inc. (collectively, the "Plaintiffs") hereby stipulate that the defendants, ACE USA, Inc. and Bankers Standard Insurance Company (collectively, "ACE") shall have an additional twenty-one (21) days to respond to the Plaintiffs' Complaint. Under Federal Rule Civil Procedure 81, ACE's response to the complaint otherwise would be due on Monday, September 18, 2006 (five (5) days after the date of removal of this action exclusive of weekends). Accordingly, pursuant to this Stipulation, ACE shall have up through and including October 9, 2006, in which to answer or otherwise respond to the complaint.

PLAINTIFFS,

GEM MECHANICAL SERVICES, INC. and
GEM PLUMBING & HEATING CO., INC.,

*/s/ Jonathan D. Orent*
JONATHAN D. ORENT (#7408)
jorent@motleyrice.com
Robert McConnell, Esq. (#3888)
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
Tel: (401) 457-7700
Fax: (401) 457-7708

-and-

Theodore Orson, Esq. (#3871)
Orson and Brusini LTD.
55 Dorrance Street, Suite 400
Providence, RI 02903

*Attorneys for Plaintiffs*

DEFENDANTS,

ACE USA, INC. and BANKERS STANDARD
INSURANCE COMPANY

*/s/ James R. Oswald*
JAMES R. OSWALD (#5727)
joswald@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

-and-

Philip T. Newbury, Jr., Esquire (#2617)
Mark J. Claflin, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (fax)

*Attorneys for Defendants ACE USA, Inc. and Bankers Standard Insurance Company*

DATED: September 18, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2006, a true copy of the within Stipulation of Extension of Time was filed electronically with the Court, is available for viewing and downloading from the ECF system and was served by first class mail, postage prepaid on the following:

Jonathan D. Orent, Esq.
Robert McConnell, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903
*Attorneys for Plaintiffs*

Theodore Orson, Esq.
Orson and Brusini LTD.
55 Dorrance Street, Suite 400
Providence, RI 02903
*Attorneys for Plaintiffs*

Philip Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Attorneys for Defendants, ACE USA, Inc. and Bankers Standard Insurance Company*

Joseph K. Scully, Esquire
Michael P. Shea, Esquire
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
*Attorneys for Marsh & McLennan Companies, Inc., Marsh, Inc. and Marsh USA, Inc.*

*/s/ James R. Oswald*

*393550_1.doc*