UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., Plaintiffs, | : | CIVIL ACTION NO. 1:06-cv-403-ML-LDA |
| v. | : | |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, Defendants. | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants, Marsh & McLennan Companies, Inc., Marsh, Inc. and Marsh USA, Inc., hereby move that Michael P. Shea be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

DEFENDANTS, MARSH & McLENNAN COMPANIES, INC., MARSH, INC. and MARSH USA, INC.,

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Their Attorney

DATED: September 18, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Connecticut and of the following federal bars: the U.S. District Court for the District of Connecticut, the U.S. Courts of Appeals for the First, Second and District of Columbia Circuits, and the U.S. Supreme Court. My eligibility to practice before those courts has not been restricted in any way.[1]

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Michael P. Shea________________________
Signature of *Pro Hac Vice* Applicant

Michael P. Shea, (ct19598)
*mpshea@dbh.com*
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499
Phone (860) 275-0146
Fax (860) 275-0343

[1] In July, 2006, I temporarily switched my District of Columbia bar admission status to "inactive," which means that until I revert to "active" status I may not hold myself out as licensed to practice in the District of Columbia. My membership in the D.C. Bar, though currently inactive, is in good standing.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
Tel. (860) 275-0100
Fax (860) 275-0343

**ORDER**

This motion is hereby ____________________________________________

___________________________________
District Judge
Dated:

**CERTIFICATION OF SERVICE**

I hereby certify that on September 18, 2006 a copy of foregoing **Motion for Admission Pro Hac Vice** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (ct26541)