Day, Berry & Howard LLP
COUNSELLORS AT LAW

Joseph K. Scully
Direct Dial: (860) 275-0135
E-mail: jkscully@dbh.com

RECEIVED
SEP 18 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

September 13, 2006

United States District Court
Clerk's Office
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

Re: *GEM Mechanical Services, Inc., et al v. Marsh & McLennan Companies, Inc., et al*
No.: 1:06-cv-00403 (ML-LDA)

Dear Clerk:

Pursuant to Local Rule 81(b), enclosed for filing are the attested copies of the docket sheet and supporting documents in connection with the above matter.

If you should have any questions, please call me.

Very truly yours,

Joseph K. Scully

JKS/dmc
Enclosure
cc: Robert McConnell, Esq. (w/enc.)
Theodore Orson, Esq. (w/enc.)
Philip Newbury, Esq. (w/enc.)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-4228 GEM MECHANICAL SERVICES INC V MARSH AND MCLENNAN

Filing Date: 08-11-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 09-11-2006

Plaintiff: GEM MECHANICAL SERVICES INC
ID: @10856471
Attorney: ROBERT MCCONNELL

Plaintiff: GEM PLUMVING & HEATING CO, INC.
ID: @10856473
Attorney: ROBERT MCCONNELL

Defendant: MARSH & MCLENNAN COMPANIES INC.
ID: @10856474

Defendant: MARSH INC.
ID: @10856475

Defendant: MARSH USA INC.
ID: @10856477

Defendant: ACE USA INC.
ID: @10856479

Defendant: BANKERS STANDARD INSURANCE COMPAN
ID: @10856480

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-11-2006 | COMPLAINT FILED | |
| 08-11-2006 | INITIAL FILING FEE | |
| 08-11-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP231764. |
| 09-11-2006 | NOTICE OF REMOVAL | TO U S DISTRICT COURT CA 06-403 |
| 09-11-2006 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island