**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 06-403ML |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, | : | |
| Defendants. | : | OCTOBER 10, 2006 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ACE USA, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and subject to any objections to personal jurisdiction or insufficiency of service of process or any Rule 12(b) motions that Defendant ACE USA, Inc. may file in this case, Defendant ACE USA, Inc. states that it is a Delaware company and an indirect, wholly-owned subsidiary of ACE Limited, a publicly held entity (NYSE: ACE).

DEFENDANT,

ACE USA, INC.

*/s/ James R. Oswald*

JAMES R. OSWALD (#5727)
joswald@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

-and-

Philip T. Newbury, Jr., Esquire (#2617)
Mark J. Claflin, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (fax)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2006, a true copy of the foregoing Corporate Disclosure Statement of Defendant ACE USA, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECT System.

Robert McConnell, Esq.
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02903

Theodore Orson, Esq.
Stephen M. Brusini, Esq.
Linda Rekas Sloan, Esq.
Stephen J. Broulliard, Esq.
Orson and Brusini LTD.
55 Dorrance Street, Suite 400
Providence, RI 02903

Philip Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

Joseph K. Scully, Esq.
Michael P. Shea, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

William H. Narwold, Esq.
Motley Rice, LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06108

*/s/ James R. Oswald*

*396015_1.doc*