UNITED STATES DISTRICE COURT
DISTRICT OF RHODE ISLAND

GEM MECHANICAL SERVICES, INC. :
and GEM PLUMBING & HEATING CO., INC. :
Plaintiffs, :
: C.A. No. 06-403ML
vs. :
:
MARSH & McLENNAN COMPANIES, INC., :
MARSH, INC., MARSH USA, INC. ACE USA, :
INC. and BANKERS STANDARD INSURANCE :
COMPANY :
Defendants. :

**MISCELLANEOUS PETITION FOR ADMISSION PRO HAC VICE**

Plaintiffs, GEM Mechanical Services, Inc. and GEM Plumbing & Heating Co., Inc. hereby move that William H. Narwold be admitted PRO HAC VICE in the above-case as associate counsel with local counsel identified below:

/s/ Robert J. McConnell
Robert J. McConnell (#3888)
Attorney for Plaintiff
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02903
(401) 457-7703

Dated: October 12, 2006

UNITED STATES DISTRICE COURT
DISTRICT OF RHODE ISLAND

GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC.
Plaintiffs,

vs.

MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC. ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY
Defendants.

C.A. No. 06-403ML

**ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the state(s) of Connecticut and South Carolina without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against meat this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that may affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in LR Gen 204, recognizing that failure to do so may result

in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ William H. Narwold
Signature of *Pro Hac Vice* Applicant
William H. Narwold (CT 300110)
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 Fax

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of the LR GEN 204 of the U.S. District Court in their entirety and as they relate to the participation and responsibilities of the local associate counsel.

/s/ Robert J. McConnell
Robert J. McConnell (#3888)
Motley Rice LLC
321 South Main Street, 2nd Floor
Providence, RI 02903
401-457-7700
401-457-7708 Fax

Order: This Motion is hereby ____________________

Date:__________________ ______________________________
U.S. Judge

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

William H. Narwold
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

Joseph K. Scully
Day, Berry & Howard LLP
City Place I
Hartford, CT 06103

Philip T. Newberry, Jr.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

/s/Robert J. McConnell