**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., | |
| Plaintiffs, | |
| v. | C.A. No. 06-403ML |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, | |
| Defendants. | OCTOBER 12, 2006 |

**MOTION FOR ENTRY OF APPEARANCE OF MARK J. CLAFLIN PRO HAC VICE**

Defendants, ACE USA, Inc. and Bankers Standard Insurance Company, hereby move that Mark J. Claflin be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below.

The case involves complex areas of the law, including but not limited to commercial insurance underwriting and pricing and M.G.L.c. 93A claims, in which *pro hac vice* counsel has specialized knowledge. In addition, *pro hac vice* counsel and his firm have a longstanding attorney/client relationship with defendants that predates this civil action.

DEFENDANTS,

ACE USA, INC. and
BANKERS STANDARD INSURANCE
COMPANY

*<u>/s/ James R. Oswald</u>*
JAMES R. OSWALD (#5727)
joswald@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bars of the State of Connecticut, the U.S. District Court for the District of Connecticut, the Commonwealth of Massachusetts and, the U.S. District Court for the District of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Mark J. Claflin
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
Tel.: 860-249-1361
Fax: 860-249-7665
Dated: October 10, 2006

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ James R. Oswald
James Oswald, Esquire (#5727)
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 351-4607 (fax)
joswald@apslaw.com

# ORDER

This motion is hereby ______________________________

______________________
District Judge
Dated:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2006, a true copy of the foregoing Motion for Entry of Appearance of Mark J. Claflin *Pro Hac Vice* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECT System.

Robert McConnell, Esq.
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02903

Theodore Orson, Esq.
Stephen M. Brusini, Esq.
Linda Rekas Sloan, Esq.
Stephen J. Broulliard, Esq.
Orson and Brusini LTD.
55 Dorrance Street, Suite 400
Providence, RI 02903

Philip Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

Joseph K. Scully, Esq.
Michael P. Shea, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

William H. Narwold, Esq.
Motley Rice, LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06108

*/s/ James R. Oswald*

*396258_1.doc*