UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC. Plaintiffs, | : | |
| vs. | : | C.A. No. 06-403ML |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY Defendants. | : | |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that the business address for Orson and Brusini Ltd., co-counsel for Plaintiffs, Gem Mechanical Services, Inc. and Gem Plumbing & Heating Co., Inc., has changed to 325 Angell Street, Providence, RI 02906. All other contact information remains the same.

ORSON AND BRUSINI LTD.

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 6284
325 Angell Street
Providence, RI 02906
(401) 223-2100
(401) 861-3103 *fax*
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Philip T. Newberry, Jr., Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

/s/ Stephen J. Brouillard