UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC.<br>and GEM PLUMBING & HEATING CO., INC.<br>Plaintiffs,<br><br>vs.<br><br>MARSH & McLENNAN COMPANIES, INC.,<br>MARSH, INC., MARSH USA, INC., ACE USA,<br>INC. and BANKERS STANDARD INSURANCE<br>COMPANY<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-403ML |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs, Gem Mechanical Services, Inc. and Gem Plumbing & Heating Co., Inc., in the above-captioned matter and pursuant to Fed. R. Civ. P. 15(a), hereby move this Honorable Court for leave to file a First Amended Complaint in the form attached hereto. As grounds for this motion, Plaintiffs intend to substitute ACE American Insurance Company for ACE USA, Inc. The Defendants assent to the granting of this motion. Plaintiffs rely upon and incorporate by reference the memorandum of law filed herewith.

**WHEREFORE**, Plaintiffs' motion should be granted.

GEM MECHANICAL SERVICES, INC. and
GEM PLUMBING & HEATING CO., INC.,
Plaintiffs,
By their Attorneys,

MOTLEY RICE LLC

/s/ Robert J. McConnell

Robert J. McConnell, Esq. # 3888
321 South Main Street
Providence, RI 02903
(401) 457-7700
(401) 457-7708 *fax*

*and*

ORSON AND BRUSINI LTD.

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 6284
325 Angell Street
Providence, RI 02906
(401) 223-2100
(401) 861-3103 *fax*
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Philip T. Newberry, Jr., Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

/s/ Stephen J. Brouillard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC. Plaintiffs, | : | |
| vs. | : | C.A. No. 06-403ML |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs, Gem Mechanical Services, Inc. and Gem Plumbing & Heating Co., Inc., hereby submit this memorandum of law in support of their Motion for Leave to File Amended Complaint. Plaintiffs have been advised by counsel for Ace USA, Inc., that ACE American Insurance Company is the proper defendant. Accordingly, Plaintiffs are seeking to amend the Complaint to substitute ACE American Insurance Company for ACE USA, Inc. The only proposed changes to the Complaint are (i) the change in the caption, (ii) the change in the title of the pleading, and (iii) the change in paragraph 6 to reflect the proper entity.

**WHEREFORE**, Plaintiffs' motion should be granted.

GEM MECHANICAL SERVICES, INC. and
GEM PLUMBING & HEATING CO., INC.,
Plaintiffs,
By their Attorneys,

MOTLEY RICE LLC

/s/ Robert J. McConnell
Robert J. McConnell, Esq. # 3888
321 South Main Street
Providence, RI 02903
(401) 457-7700
(401) 457-7708 *fax*

*and*

ORSON AND BRUSINI LTD.

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 6284
325 Angell Street
Providence, RI 02906
(401) 223-2100
(401) 861-3103 *fax*
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Philip T. Newberry, Jr., Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

/s/ Stephen J. Brouillard