**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC. Plaintiffs, | : | CIVIL ACTION NO. 1:06-cv-00403(ML-LDA) |
| vs. | : | |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY Defendants. | : | DECEMBER 7, 2006 |

**DEFENDANTS MARSH & MCLENNAN COMPANIES INC., MARSH, INC., AND MARSH USA, INC'S FIRST MOTION FOR EXTENSION OF TIME TO ANSWER, OBJECT OR OTHERWISE RESPOND TO PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to Federal Rules of Civil Procedure 33(b)(3) and 34(b), Defendants Marsh & McLennan Companies, Inc., Marsh, Inc., and Marsh USA, Inc. (collectively "Marsh Defendants"), respectfully request that the Court grant an extension of time up to and including Monday, January 15, 2007 to answer, object or otherwise respond to Plaintiffs' Interrogatories and Requests for Production of Documents served on Marsh Defendants on November 10, 2006. In support of this motion, Marsh Defendants state:

1. Each Plaintiff served its Interrogatories and Requests for Production on each Marsh Defendants on November 10, 2006 via first class mail.

2. Pursuant to Federal Rules of Civil Procedure 33(b)(3), 34(b), 6(a), and 6(b), Marsh Defendants' responses must be submitted to Plaintiffs on or before December 14, 2006.

3. Marsh Defendants require additional time to collect information and documents required to respond to Plaintiffs' Interrogatories and Requests for Production.

4. Therefore, Marsh Defendants respectfully request that the Court grant an extension of time up to and including Monday, January 15, 2006 for Marsh Defendants to answer, object, or otherwise respond to Plaintiffs' Interrogatories and Requests for Production.

5. The undersigned counsel has conferred with Plaintiffs' counsel regarding this request, and Plaintiffs' counsel does not object.

Respectfully submitted,

DEFENDANTS, MARSH & McLENNAN COMPANIES, INC., MARSH, INC. and MARSH USA, INC.,

/s/ Joseph K. Scully
Joseph K. Scully (#6217)
*jkscully@dbh.com*
Michael P. Shea, *pro hac vice*
*mpshea@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on December 7, 2006 a copy of the foregoing **Defendants Marsh & Mclennan Companies Inc., Marsh, Inc., and Marsh USA, Inc.'s First Motion For Extension of Time to Answer, Object or Otherwise Respond to Plaintiffs' Interrogatories and Requests for Production** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully