**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., | : | |
| Plaintiffs, | : | C.A. No. 06-403ML |
| v. | : | |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, | : | DECEMBER 11, 2006 |
| Defendants. | | |

**<u>DEFENDANTS ACE USA, INC. AND BANKERS STANDARD INSURANCE COMPANY'S FIRST MOTION FOR EXTENSION OF TIME TO ANSWER OBJECT OR OTHERWISE RESPOND TO PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR PRODUCTION</u>**

Pursuant to Federal Rules of Civil Procedure 33(b)(3) and 34(b), Defendants Ace USA, Inc. and Bankers Standard Insurance Company (collectively "ACE Defendants"), respectfully request that the Court grant an extension of time up to and including Monday, January 15, 2007 to answer, object or otherwise respond to Plaintiffs' Interrogatories and Requests for Production of Documents served on ACE Defendants on November 10, 2006. In support of this motion, ACE Defendants state:

1. Each Plaintiff served its Interrogatories and Requests for Production on each ACE Defendants on or about November 10, 2006 via first class mail.

2. Pursuant to Federal Rules of Civil Procedure 33(b)(3), 34(b), 6(a), and 6(b), ACE Defendants' responses must be submitted to Plaintiffs on or before December 14, 2006.

3. ACE Defendants require additional time to collect information and documents required to respond to Plaintiffs' Interrogatories and Requests for Production.

4. Therefore, ACE Defendants respectfully request that the Court grant an extension of time up to and including Monday, January 15, 2006 for ACE Defendants to answer, object, or otherwise respond to Plaintiffs' Interrogatories and Requests for Production.

5. The undersigned counsel has conferred with Plaintiffs' counsel regarding this request, and Plaintiffs' counsel does not object.

DEFENDANTS,
ACE USA, INC. and
BANKERS STANDARD INSURANCE COMPANY

By *<u>/s/ James R. Oswald</u>*

James Oswald, Esquire (#5727)
Adler, Pollock & Sheehan. P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 351-4607 (fax)
joswald@apslaw.com

**CERTIFICATION**

This is to certify that on December 11, 2006, a copy of the foregoing Defendants Ace USA, Inc. and Bankers Standard Insurance Company's First Motion for Extension of Time to Answer, Object or Otherwise Respond to Plaintiffs' Interrogatories and Requests for Production was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Robert J. McConnell, Esquire
MOTLEY RICE, LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02903

William H. Narwold, Esquire
Motley Rice, LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

Theodore Orson, Esquire
Stephen M. Brusini, Esquire
Linda Rekas Sloan, Esquire
Stephen J. Brouillard, Esquire
ORSON and BRUSINI, LTD
325 Angell Street
Providence, RI 02906

Joseph K. Scully, Esquire
Michael P. Shea, Esquire
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Philip T. Newbury, Jr., Esquire
Mark J. Claflin, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

____/s/ James R. Oswald_____
James Oswald, Esquire