**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., | : | CIVIL ACTION NO. |
| | : | 1:06-cv-00403(ML-LDA) |
| Plaintiffs, | : | |
| v. | : | |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, | : | |
| Defendants. | : | MARCH 22, 2007 |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

The parties jointly respectfully request that this Court modify the Scheduling Order in this case to extend all deadlines by three months. The parties request that the Scheduling Order be modified as follows (current deadlines are indicated in parenthesis):

a. Plaintiff to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2) by July 16, 2007 (April 16, 2007).

b. Defendants to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2) by September 14, 2007 (June 15, 2007).

c. The parties will complete all discovery by October 15, 2007 (July 16, 2007).

d. Dispositive motions will be filed by November 13, 2007 (August 15, 2007).

e. Pretrial Memorandum to be filed within 30 days after a ruling on any dispositive motions, or if no dispositive motions are filed, by December 17, 2007 (September 17, 2007).

As grounds for this motion, the parties state:

1. This is the first request for a modification of the Court's Scheduling Order. No date has been set with respect to the trial of this matter.

2. For the past several months, the parties have cooperated in an effort to resolve this matter without further need of court intervention. This has required the parties to review an extensive volume of underlying documents and to engage the services of experts to assist in the understanding of the documents and issues.

3. Granting this motion would serve the interests of judicial economy. The foregoing modifications of the Scheduling Order, if granted, would afford the parties with sufficient time to complete the review and analysis for purposes of attempting to resolve this matter, but would also ensure that the parties have sufficient time to conduct further discovery in the event that they are unable to resolve this matter. Thus, there is good cause to modify the Scheduling Order as requested herein.

4. All parties are in agreement and have joined in this Motion.

WHEREFORE, the parties move that this Court modify the Scheduling Order to extend the discovery deadlines as set forth above.

PLAINTIFFS, GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC

/s/ Stephen J. Brouillard
Stephen J. Brouillard (#6284)
*sbrouillard@orsonandbrusini.com*
Orson and Brusini LTD.
325 Angell Street
Providence, RI 02906
(401) 223-2100
(401) 861-3103 fax

DEFENDANTS, MARSH & McLENNAN COMPANIES, INC., MARSH, INC. and MARSH USA, INC.,

/s/ Joseph K. Scully
Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Michael P. Shea, *pro hac vice*
*mpshea@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 fax

DEFENDANTS, ACE AMERICAN
INSURANCE COMPANY and BANKERS
STANDARD INSURANCE COMPANY

/s/ James R. Oswald
James R. Oswald (#5727)
*joswald@apslaw.com*
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 751-0604 fax

**CERTIFICATION OF SERVICE**

I hereby certify that on March 22, 2007 a copy of the foregoing **Joint Motion to Modify the Scheduling Order** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

Philip T. Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

/s/ Joseph K. Scully
Joseph K. Scully