**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC., | : | CIVIL ACTION NO. |
| | : | 1:06-cv-00403(ML-LDA) |
| Plaintiffs, | : | |
| v. | : | |
| MARSH & McLENNAN COMPANIES, INC., MARSH, INC., MARSH USA, INC., ACE USA, INC. and BANKERS STANDARD INSURANCE COMPANY, | : | |
| Defendants. | : | NOVEMBER 14, 2007 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of all of claims, counterclaims and causes of action asserted in this lawsuit, with prejudice, without the right to appeal and with each party bearing its own costs and attorneys' fees.

PLAINTIFFS, GEM MECHANICAL SERVICES, INC. and GEM PLUMBING & HEATING CO., INC

/s/ Stephen J. Brouillard

Stephen J. Brouillard (#6284)
*sbrouillard@orsonandbrusini.com*
Orson and Brusini LTD.
325 Angell Street
Providence, RI 02906
(401) 223-2100
(401) 861-3103 fax

-and-

William H. Narwold, *pro hac vice*
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

Their Attorneys

DEFENDANTS, MARSH & McLENNAN COMPANIES, INC., MARSH, INC. and MARSH USA, INC.,

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Michael P. Shea, *pro hac vice*
*mpshea@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
(860) 275-0100
(860) 275-0343 fax

Their Attorneys

DEFENDANTS, ACE AMERICAN
INSURANCE COMPANY and BANKERS
STANDARD INSURANCE COMPANY

/s/ James R. Oswald
James R. Oswald (#5727)
*joswald@apslaw.com*
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 751-0604 fax

-and-

Philip T. Newbury, *pro hac vice*
Mark J. Claflin, *pro hac vice*
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on November 14, 2007, a copy of the foregoing **Joint Stipulation of Dismissal** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully